United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

DANNY LUCERO,

        Plaintiff,

    v.

RALPH DIAZ, et al.,

        Defendants.

Case No. 19-CV-02397-LHK

**JUDGMENT**

The Court dismissed the instant action without prejudice. Dkt. No. 13. The Clerk shall enter judgment and close the file.

    **IT IS SO ORDERED.**

Dated: November 18, 2019

    _____
    LUCY H. KOH
    UNITED STATES DISTRICT JUDGE

Case No. 19-CV-02397-LHK
JUDGMENT

1